1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FOXCONN ASSEMBLY LLC, a Texas limited liability company<br><br>        Plaintiff,<br><br>        vs.<br><br>CUE TECHNOLOGIES, INC., a California corporation<br><br>        Defendant. | Case No.  SACV12-01544 JVS (MLGx)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION**<br><br><br><br>Complaint Filed:  September 17, 2012<br>Trial Date:           April 15, 2014 |
|---|---|

1
2   Having reviewed the stipulation of the parties for dismissal of this action and finding good cause thereon.
3
4   IT IS HEREBY ORDERED, that this action be dismissed with prejudice with each party to bear its own costs and fees.
5
6
7   SO ORDERED.
8
9   Dated: August 11, 2014
    _____
    HON. JAMES V. SELNA
    U.S. DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28